DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISANDRO DEJESUS,**
Appellant,

v.

**MICHELLE QUINTERO,**
Appellee.

No. 4D20-2274

[April 29, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen Miller, Judge; L.T. Case No. 502016DR007620XXXX.

Lisandro Dejesus, Royal Palm Beach, pro se.

Jacqueline L. Spence of The Affordable Law Center, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***